IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| EZEQUIEL ORTEGA, | ) | NO.: 20-00436 |
| MARIA J. ORTEGA, | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | JUDGE: A. BENJAMIN GOLDGAR |
| | ) | |
| | ) | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE THAT that on July 17, 2020, at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion of <u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u> for Relief from the Automatic Stay, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at [www.Court-Solutions.com](www.Court-Solutions.com) or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I, the undersigned Attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on July 2, 2020, at 5:00 p.m.

McCalla Raymer Leibert Pierce, LLC
/s/Dana   O'Brien
Dana   O'Brien
ARDC# 6256415
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## NOTICE OF MOTION ADDRESSES

| | |
|---|---|
| To Trustee:<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532 | *by Electronic Notice through ECF* |
| To Debtor:<br>Ezequiel Ortega<br>Maria J. Ortega<br>321 Merrill Ct<br>Libertyville, Il 60048 | *Served via U.S. Mail* |

Ezequiel Ortega
PO Box 3052
Oak Park, IL 60303

Maria J Ortega
3230 N Central Park Ave
Chicago, IL 60618

| | |
|---|---|
| To Attorney:<br>David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | *by Electronic Notice through ECF* |

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| EZEQUIEL ORTEGA, | ) NO.: 20-00436 |
| MARIA J. ORTEGA, | ) |
| | ) CHAPTER 13 |
| Debtors. | ) |
| | ) JUDGE: A. BENJAMIN GOLDGAR |
| | ) |
| | ) |

## MOTION TO MODIFY THE AUTOMATIC STAY
## AND MOTION TO DISMISS

NOW COMES NewRez LLC d/b/a Shellpoint Mortgage Servicing by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 321 Merrill Ct, Libertyville, Illinois 60048 be Modified or alternatively that the above captioned Chapter 13 be dismissed, stating as follows:

1. On January 07, 2020, the above captioned Chapter 13 was filed.

2. On May 01, 2020, the above captioned Chapter 13 was confirmed.

3. NewRez LLC d/b/a Shellpoint Mortgage Servicing services the first mortgage lien on the property located at 321 Merrill Ct, Libertyville, Illinois 60048.

4. The Plan calls for the Debtors to be the disbursing agent for the post-petition mortgage payments directly to NewRez LLC d/b/a Shellpoint Mortgage Servicing. Post-petition payments are $1,627.26.

5. The post-petition mortgage payments are due and owing for February 01, 2020. The default to NewRez LLC d/b/a Shellpoint Mortgage Servicing is approximately $8,136.30 through June 2020.

6. Attorney's fees and costs for this motion are due in the amount of $1,231.00.

7. The plan is in material default.

8. NewRez LLC d/b/a Shellpoint Mortgage Servicing continues to be injured each day it remains bound by the Automatic Stay.

9. NewRez LLC d/b/a Shellpoint Mortgage Servicing is not adequately protected.

10. The property located at 321 Merrill Ct, Libertyville, Illinois 60048 is not necessary for the Debtors' reorganization.

11. Shellpoint Mortgage Servicing services the underlying mortgage loan and note for the property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtors obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed.

12. Debtor or Debtor's Counsel is encouraged to contact Shellpoint Mortgage Servicing to discuss potential loss mitigation options, if the debtor(s) is experiencing hardship resulting from COVID-19. Please call 866-825-2174 for assistance Monday-Friday 9am to 8pm EST.

13. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 321 Merrill Ct, Libertyville, Illinois 60048, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, or alternatively that the above captioned Chapter 13 be dismissed, and leave be granted to NewRez LLC d/b/a Shellpoint Mortgage Servicing to proceed with nonbankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By:   */s/Dana O'Brien*
Dana O'Brien
Illinois Bar No. 6256415
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email: ILpleadings@mrpllc.com