# REQUIRED STATEMENT
# TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

Debtors   <u>Ezequiel Ortega,</u>            Case No      <u>20-00436</u>       Chapter   <u>13</u>
          <u>Maria J. Ortega,</u>
Moving Creditor   <u>NewRez LLC d/b/a Shellpoint</u>   Date Case Filed   <u>January 07, 2020</u>
                  <u>Mortgage Servicing</u>

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe): __

Chapter 13   Date of Confirmation Hearing               Date Plan Confirmed   May 01, 2020

1.   Collateral
     a.   ☒ Home
     b.   ☐ Car _____
     c.   ☐ Other (describe)_____

2.   Balance Owed as of June 26, 2020 $<u>121,814.03</u>
     Total of all other Liens against Collateral $_____ (per debtor's schedule)

3.   In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtors post-petition.

4.   Estimated Value of Collateral (must be supplied in *all* cases) $250,000.00 (per Debtors' Schedules)

5.   Default
     a.   ☐ Pre-Petition Default
          Number of months _____   Amount $_____

     b.   ☒ Post-Petition Default
          i.   ☒ On direct payments to the moving creditor
               Number of months <u>5</u>   Amount $<u>9,367.30</u> (including attorney's fees and costs)
          ii.  ☐ On payments to the Standing Chapter 13 Trustee
               Number of months _____   Amount $_____

6.   Other Allegations
     a.   ☒ Lack of Adequate Protection § 362(d)(1)
          i.    ☐ No insurance
          ii.   ☐ Taxes unpaid  Amount $ _____
          iii.  ☐ Rapidly depreciating asset
          iv.   ☒ Other (describe) <u>Material payment default</u>

     b.   ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

     c.   ☐ Other "Cause" § 362(d)(1)
          i.    ☐ Bad Faith (describe) __
          ii.   ☐ Multiple Filings
          iii.  ☐ Other (describe) _____

     d.   Debtor's Statement of Intention regarding the Collateral
          i.   ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: July 2, 2020           Submitted By:        */s/Dana  O'Brien*_____
                                                  ARDC# 6256415
                                                  McCalla Raymer Leibert Pierce, LLC